**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6374**

_____

LARRY JAMES TYLER, a/k/a Larry James Tyler, #354459,

  Plaintiff - Appellant,

  v.

JAMES HUDSON, Sheriff; DIANN WILKS,

  Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Mary G. Lewis, District Judge.  (9:22-cv-01544-MGL-MHC)

_____

Submitted:  August 24, 2023                    Decided:  August 29, 2023

_____

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Larry James Tyler, Appellant Pro Se.  Carmen Vaughn Ganjehsani, Caleb Martin Riser, RICHARDSON PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Larry James Tyler seeks to appeal the magistrate judge's order denying Tyler's motion for appointment of an independent medical expert in his 42 U.S.C. § 1983 action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Tyler seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*